# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **VICTORIA JEAN DEPLAE,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | No. 3:09-cv-227 |
| ) | (Phillips) |
| **REGIONAL ACCEPTANCE CORPORATION,** ) | |
| ) | |
|     **Defendant.** ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the Motion to Dismiss the Amended Complaint [Doc. 17] by defendant Regional Acceptance Corporation. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Victoria Jean Deplae take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits as to plaintiff's FDCPA claim, that the action be **DISMISSED WITHOUT PREJUDICE** as to plaintiff's state claims, and that the defendant recover of the plaintiff its costs of action.

The final pretrial conference scheduled for May 4, 2011 and the trial scheduled for May 10, 2011 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of June, 2010

                                                             s/ Patricia L. McNutt
                                                               Clerk of Court